IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JORGE L. ROSA, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>TROPICANA ATLANTIC CITY CORP., d/b/a TROPICANA CASINO RESORT,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>: No. 1:20-cv-06909-CPO-MJS<br>:<br>: **ELECTRONICALLY FILED**<br>:<br>: Motion Day:  February 20, 2024<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFFS' NOTICE OF HIS UNOPPOSED MOTION FOR
APPROVAL OF THE FAIR LABOR STANDARDS ACT SETTLEMENT**

**PLEASE TAKE NOTE** that on February 20, 2024, or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Christine P. O'Hearn**,** United States Judge for the District of New Jersey, Camden Division, located at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101 (or by telephonic or videoconference means as directed by the Court), Plaintiff Jorge L. Rosa ("Plaintiff") will move for approval of the settlement on behalf of the Fair Labor Standards Act ("FLSA") collective in this case.  The requested relief is unopposed and warranted based on the attached exhibits and for the reasons described in the accompanying brief.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this motion and sign and enter the accompanying proposed order.

Dated: January 22, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　s/ R. Andrew Santillo
　　　　　　　　　　　　　　　　　　　　　R. Andrew Santillo (NJ ID #025512004)
　　　　　　　　　　　　　　　　　　　　　Mark J. Gottesfeld (NJ ID #027652009)
　　　　　　　　　　　　　　　　　　　　　WINEBRAKE & SANTILLO, LLC
　　　　　　　　　　　　　　　　　　　　　Twining Office Center, Suite 211

1

715 Twining Road
Dresher, PA 19025
Telephone:  215-884-2491
Facsimile:  215-884-2492
Email:  asantillo@winebrakelaw.com
Email:  mgottesfeld@winebrakelaw.com

George A. Hanson (admitted *pro hac vice*)
Alexander T. Ricke (admitted *pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:  816-714-7100
Facsimile:  816-714-7101
Email:  hanson@stuevesiegel.com
Email:  mcguire@stuevesiegel.com
Email:  ricke@stuevesiegel.com

Ryan L. McClelland (admitted *pro hac vice*)
McCLELLAND LAW FIRM, P.C.
The Flagship Building
200 Westwoods Drive
Liberty, MO 64068
Telephone:  816-781-0002
Facsimile:  816-781-1984
Email:  ryan@mcclellandlawfirm.com
Email:  mrahmberg@mcclellandlawfirm.com

*Counsel for Plaintiff*